# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 16 C 4107 |
| | ) | Criminal Case No. 11 CR 417-4 |
| LAGUADA THOMAS, | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Laguada Thomas ("Thomas"), whose motion for potential relief under 28 U.S.C. § 2255 ("Section 2255") is pending before this Court,[1] has just filed a separate pro se motion seeking modification of the conditions of supervised release that this Court imposed on Thomas on September 15, 2014 to follow the completion of his custodial sentence of 126 months' imprisonment. Because the four-year supervised release term will not take effect until Thomas' lengthy custodial term has been completed, this Court will defer action on his current motion until the Section 2255 matter has been resolved. In the meantime, however, it makes good sense to obtain the government's response to Thomas' current motion, and the United States Attorney's Office is ordered to file such a response on or before May 31, 2016.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 9, 2016

---

[1] In that respect this Court has recently ordered the United States to file an answer to Thomas' petition.